

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00308-CV

**IN THE INTEREST OF S.A.W., A CHILD,**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12167
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On May 17, 2016, appellant filed his notice of appeal, stating he desired to appeal all portions of a judgment rendered on March 28, 2016. However, in his request for records, appellant did not request the entire reporter's record, but rather requested only the reporter's record containing the judge's orders. On June 22, 2016, appellee filed a motion to compel, requesting this court to order appellant to request the entire reporter's record or designate a list of issues to be appealed in compliance with Texas Rule of Appellate Procedure 34.6(c).

Under Texas Rule of Appellate Procedure 34.6(c), an appellant who requests a partial reporter's record "must include in the request a statement of the points or issues to be presented on appeal." *See* TEX. R. APP. P. 34.6(c). On June 30, 2016, appellant filed a response to appellee's motion, stating he is appealing "the trial court's findings and rationale for those findings." In his response, appellant also filed a motion requesting an extension of time to file his brief, stating he has requested for the court reporter to prepare the remainder of the record regarding the proceedings and the court reporter indicated she needed up to sixty days to prepare the record.

Based on the foregoing, we **ORDER** the court reporter to prepare on or before September 5, 2016 a reporter's record of all the trial court's proceedings.

Further, we **GRANT** appellant's motion for extension of time and **ORDER** appellant to file his brief in this court thirty days after the date the reporter's record from the trial court's proceedings is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.



Keith E. Hottle
Clerk of Court